**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7791**

AARON LITTLE FRENCH,

        Plaintiff - Appellant,

     v.

ALLEGANY COUNTY; SCOTT OAKLEY, Inmate Grievance; OFFICE
DIRECTOR; MICHAEL STOUFFER, DOC Commissioner; BOBBY SHEARIN,
Warden; JOHN GALLEY; OFFICER SUTHERLAND; OFFICER METTY;
OFFICER ICKES; OFFICER LAMBERT; SERGEANT THOMAS; OFFICER
MAWHINNEY; MARY JANE ROSE; MAILROOM SUPERVISOR; OFFICER
MEAGER,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(1:11-cv-02600-CCB)

Submitted:  April 24, 2014         Decided:  April 28, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aaron Little French, Appellant Pro Se.  Rodger Owen Robertson,
LAW OFFICE OF JOSEPH M. JAGIELSKI, Baltimore, Maryland;
Stephanie Judith Lane-Weber, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Little French appeals the district court's order denying relief on his motion to reconsider the court's earlier orders dismissing the claims raised in his 42 U.S.C. § 1983 (2006) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  French v. Allegany Cnty., No. 1:11-cv-02600-CCB (D. Md. Oct. 16, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED